COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
JAY A. NELSON, No. 258431
744 Montgomery Street, Fifth Floor
San Francisco, CA 94111
Telephone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com
jay@colemanbalogh.com

Attorneys for Defendant
CARLTON CURTIS COLEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. 12 Cr. 246 (YGR) |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35 TO CONFORM WRITTEN JUDGMENT TO ORAL PRONOUNCEMENT OF SENTENCE |
| v. | |
| CARLTON CURTIS COLEMAN, | |
| Defendant. | Before the Honorable Yvonne Gonzalez Rogers United States District Judge |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS: the parties agree that the Judgment and Commitment, entered October 29, |
| 3 | 2012, must as a matter of law conform to the Court's oral pronouncement of sentence, *see*, *e.g.*, |
| 4 | *United States v. Munoz-Dela Rosa*, 495 F.2d 253, 254-56 (9th Cir. 1974); *United States v. Jones*, |
| 5 | —F.3d—, 2012 WL 4748824, *4 (9th Cir. 2012); |
| 6 | WHEREAS: defendant Carlton Coleman contends that the Judgment contains two errors |
| 7 | subject to correction pursuant to Fed. R. Crim. P. 35, to wit: |
| 8 | (1) Special Condition of Supervised Release No. 3—pertaining to the disclosure of |
| 9 | financial information—should be removed because it was not included in the Court's oral |
| 10 | pronouncement of sentence, nor does Mr. Coleman recall mention of this condition by the Court, |
| 11 | Government, or United States Probation at any time prior to the entry of the Judgment, *see* |
| 12 | *United States v. Wise*, 391 F.3d 1027, 1032-33 (9th Cir. 2004); and |
| 13 | (2) Special Condition of Supervised Release No. 6—pertaining to law enforcement |
| 14 | searches—should be modified because it does not conform to the Court's oral pronouncement of |
| 15 | sentence, which, as Mr. Coleman recalls, would permit law enforcement to search Mr. Coleman |
| 16 | with or without "probable" cause, a modifier absent from the written Judgment; |
| 17 | WHEREAS: the Government cannot respond to Mr. Carlton's contentions in the absence |
| 18 | of the transcript; |
| 19 | WHEREAS: Mr. Carlton requested expedited production of the transcript on November |
| 20 | 7, 2012; and |
| 21 | WHEREAS: Pursuant to Federal Rule of Criminal Procedure 35, any motion to correct |
| 22 | the Judgment must be filed on or before November 9, 2012; |
| 23 | IT IS HEREBY STIPULATED AND AGREED that the Court may consider this |
| 24 | Stipulation and [Proposed] Order as a timely filed motion to correct the Judgment pursuant to |
| 25 | Federal Rule of Criminal Procedure 35; |
| 26 | IT IS FURTHER STIPULATED AND AGREED that the United States may provide any |
| 27 | further position regarding Mr. Coleman's request for relief on or before November 20, 2012 or at |
| 28 | such other time as necessary depending on the production of the transcript; and |

IT IS FURTHER STIPULATED AND AGREED that upon reviewing the transcript from the sentencing hearing and reviewing any further presentation by the parties, and upon identifying material inconsistencies between the Judgment and oral pronouncement of sentence, including those identified above, the parties respectfully request the Court to amend the Judgment to conform to the oral pronouncement of sentence.

IT IS SO STIPULATED.

DATED: November 8, 2012

/s/
ETHAN A. BALOGH
JAY A. NELSON
Attorneys for Defendant Carlton Coleman

DATED: November 8, 2012

/s/
BRIGID MARTIN
Assistant United States Attorney

## **CERTIFICATION**

By presenting the signatures set forth above, the filing attorney hereby certifies that he has received written authorization to present this stipulation on behalf of both parties.

**[PROPOSED] ORDER**

Before the Court is the parties' Stipulation Pursuant to Federal Rule of Criminal Procedure 35 to Conform Written Judgment to Oral Pronouncement of Sentence ("Stipulation"). Based upon the foregoing Stipulation, and for good cause shown:

IT IS HEREBY ORDERED that the Stipulation shall be deemed a timely filed motion to correct the Judgment pursuant to Federal Rule of Criminal Procedure 35;

IT IS FURTHER ORDERED that the United States may provide any further position regarding Mr. Coleman's request for relief on or before November 20, 2012 or at such other time as necessary depending on the production of the transcript; and

IT IS FURTHER ORDERED that upon reviewing the transcript from the sentencing hearing and reviewing any further presentation by the parties, the Court shall amend the Judgment to conform in all material respects to the Court's oral pronouncement of sentence.

IT IS SO ORDERED.

DATED: November 16, 2012

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE